UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:  CHAD FRENCH<br>CORINNA FRENCH | CASE NO: 20-10086<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 5/11/2020, I did cause a copy of the following documents, described below,

REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE

tmbenderch7@gmail.com

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/11/2020

/s/ Theresa M Bender Trustee
Theresa M Bender Trustee

P.O. Box 14557
Tallahassee, FL  32317
850 205 7777

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:  CHAD FRENCH<br>         CORINNA FRENCH | CASE NO: 20-10086<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 5/11/2020, a copy of the following documents, described below,

REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE

tmbenderch7@gmail.com

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/11/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Theresa M Bender Trustee

P.O. Box 14557
Tallahassee, FL  32317

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                              GATOR SOLUTIONS LLC                    PRA RECEIVABLES MANAGEMENT LLC
 LABEL MATRIX FOR LOCAL NOTICING       4577 NW 6TH STREET UNIT E              PO BOX 41021
11291                                  GAINESVILLE FL 32609-6301              NORFOLK VA 23541-1021
CASE 20-10086-KKS
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE
MON MAY 11 13-09-40 EDT 2020


AMERICAN EXPRESS                       BOND STREET                            CAMPUS USA CREDIT UNION
PO BOX 981537                          86 CHAMBERS ST STE 205                 PO BOX 147029
EL PASO TX 79998-1537                  NEW YORK NY 10007-2612                 GAINESVILLE FL 32614-7029


CITI CARDSCBNA                         COLUMBIA BANK                          COMENITY BANKEXPRESS
5800 S CORPORATE PL MAIL CODE 234      7515 SW 24TH AVE                       BANKRUPTCY DEPT
SIOUX FALLS SD 57108-5027              GAINESVILLE FL 32607-4724              PO BOX 182125
                                                                              COLUMBUS OH 43218-2125


COMENITY ULTACOMENITY CAPITAL BANK     CREDIT ONE BANK                        DANIEL MOKEN ESQZWICKER  ASSOC
BANKRUPTCY DEPT                        6801 S CIMARRON RD                     AF AMERICAN EXPRESS
PO BOX 183043                          LAS VEGAS NV 89113-2273                1105 LAUREL OAK RD STE 136
COLUMBUS OH 43218-3043                                                        VOORHEES NJ 08043-4312


DAVID TAYLOR                           DISCOVER FINANCIAL SERVICES LLC        EMIL BELIBASIS
264 SW COURTESY WAY                    PO BOX 3025                            4555 LOW LAKE RD
LAKE CITY FL 32024-3812                NEW ALBANY OH 43054-3025               WELLBORN FL 32094-2275


FUNDBOX INC                            INTERNAL REVENUE SERVICE               JPMORGAN CHASE BANK N A
300 MONTGOMERY ST                      PO BOX 7346                            BANKRUPTCY MAIL INTAKE TEAM
SUITE 900                              PHILADELPHIA PA 19101-7346             700 KANSAS LANE FLOOR 01
SAN FRANCISCO CA 94104-1921                                                   MONROE LA 71203-4774


KABBAGE INC                            LENDING CLUB                           LINCOLN  MORGAN
925B PEACHTREE ST NE STE 1688          CORP DEPT 34268                        AF KABBAGE INC
ATLANTA GA 30309-4498                  PO BOX 39000                           600 W BOARDWAY STE 700
                                       SAN FRANCISCO CA 94139-0001            SAN DIEGO CA 92101-3370


MODLIN SLINSKY P A                     NEW REZ                                NORTH FLORIDA REGIONAL MEDICAL CENTER
AF AMERICAN EXPRESS                    1100 VIRGINIA DR  125                  6500 W NEWBERRY RD
1551 SAWGRASS CORPORATE PKWY STE 110   FORT WASHINGTON PA 19034-3235          GAINESVILLE FL 32605-4392
SUNRISE FL 33323-2832


PNC BANK                               PEER FLY INC                           RENASANT BANK
222 DELAWARE AVE                       15202 NW 147TH DR  1200330             4373 W NEWBERRY RD
WILMINGTON DE 19801-1637               ALACHUA FL 32615-5331                  GAINESVILLE FL 32607-2240
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
SOFI LENDING CORP                    SOFI LENDING CORP                    SYNCHRONY BANK
ATTN LACEE HUNSAKER                  PO BOX 734297                        CO PRA RECEIVABLES MANAGEMENT LLC
2750 EAST COTTONWOOD PKWY            DALLAS TX 75373-4297                 PO BOX 41021
SUITE 300                                                                 NORFOLK VA 23541-1021
SALT LAKE CITY UT 84121-7285




SYNCHRONY BANKCARE CREDIT            SYNCHRONY BANKLOWES                  SYNCHRONY BANKOLD NAVY
PO BOX 965036                        4125 WINDWARD PLZ                    4125 WINDWARD PLZ
ORLANDO FL 32896-5036                ALPHARETTA GA 30005-8738             ALPHARETTA GA 30005-8738




TAMMY MACEY                          UF SHANDS HOSPITAL                   UNITED STATES TRUSTEE
20214 SE 82ND PATH                   4024 NW 22ND DR                      110 E PARK AVENUE
LAKE BUTLER FL 32054-5812            GAINESVILLE FL 32605-1753            SUITE 128
                                                                          TALLAHASSEE FL 32301-7728




WELLS FARGO BANK                     WELLS FARGO CARD SERVICES            DEBTOR
MAC T9017026                         PO BOX 14517                         CHAD PAUL FRENCH
PO BOX 168048                        DES MOINES IA 50306-3517             14941 NW 149TH PL
IRVING TX 75016-8048                                                      ALACHUA FL 32615-0261




CORINNA NICOLE FRENCH                LISA CARYL COHEN                     THERESA M BENDER
14941 NW 149TH PL                    RUFF  COHEN PA                       PO BOX 14557
ALACHUA FL 32615-0261                4010 NEWBERRY ROAD STE G             TALLAHASSEE FL 32317-4557
                                     GAINESVILLE FL 32607-2368
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**In Re: Chad French**             **Case No. 20-10086-KKS**
       **Corinna French**            **Chapter 7**
                                        **Judge Specie**

        **Debtor(s)**
_____/

## REPORT AND NOTICE OF INTENTION
## TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE

**TO: Debtor(s), Creditors, and Parties in Interest:**

### NOTICE OF OPPORTUNITY TO
### OBJECT AND FOR HEARING

       Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).

       If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL, 32301 and serve a copy on the movant's attorney, Theresa M. Bender, Trustee, P.O. Box 14557, Tallahassee, FL. 32317, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

       If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

NOTICE IS HEREBY GIVEN that the Trustee intends to sell the following property of the estate of the debtor(s), under the terms and conditions set forth below:

**1) Description and Value of Property:** All Bankruptcy Estate's right, title and interest in the parcel(s) of non-exempt real property, together with any and all improvements located thereon, including any and all non-exempt appliances, window treatments and fixtures as well as any and all tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining (collectively, the "Property") more particularly described as follows:

Legal: Parcel No. 6- A tract of land commencing at the NW Corner of the SW1/4 of the SW ¼ of Section20-T6S-R19E and run South 1 degree 10 minutes 24 seconds East along the West line of said Section 1292.95 feet to the North R/W of County Road No. 18, Thence run N 88 degrees 14 minutes 08 seconds East along said R/W, 1341.43 feet to the East R/W of a 60 foot access road, thence run North 2 degrees 05 minutes 16 seconds West along said East R/W 300 feet, thence run N 87 degrees 54 minutes 43 seconds East, 150 feet to the Point of Beginning, thence run S 2 degree 05 minutes 16 seconds East, 300.85 feet to the North R/W of County Road No. 18, thence run North 88 degrees 14 minutes 08 seconds East along said R/W 83.72 feet to the P.C. of a curve having a radius of 34,327.5 feet and being concave to the North, thence run Easterly along the arc of said R/W curve and arc distance of 66.28 feet ( through a central angle of 00 degrees 06 minutes 38 seconds) thence run North 2 degrees 05 minutes 16 seconds West, 301.63 feet, thence run South 87 degrees 54 minutes 43 seconds West 150 feet to the Point of Beginning. Being and lying in Section 20-T6S-R19E, Union County, Florida.

Lot 6, Worthington Springs Plantation.

TPN: 20-06-19-47-000-0060-0

Property Address: 11255 W County Road 18 Lake Butler, FL 32054-8012

**2) Manner of Sale:** Private (x )* Public Auction ( )
**3) Terms of Sale:**

a) Purchaser(s): 11255 W County Road 18 Lake Butler Land Trust, CDC Capital Investments LLC as Trustee

b) "As is," "where is" with no warranties expressed or implied. This sale is subject to any known or unknown, liens, encumbrances, and Debtor's exemptions (if any), lien held by New Rez ($119,418) & IRS ($79,451); and any such liens or encumbrances will not attach to the proceeds of this sale.

c) Purchaser (s) shall pay all applicable State Documentary Stamps.

d) Selling price as negotiated between the parties, $3,500.00.

| Proposed Purchaser | Sale Price | Doc. Stamps | Recording Fee | Total |
|---|---|---|---|---|
| Land Trust | $3,500.00 | $836.00 | $18.50 | $4,354.50 |

e) All payments shall be made to **Theresa M Bender, Trustee, and P.O. Box 14557, Tallahassee, Florida 32317.**

*The purchase price(s) was/were established by review of the schedules and any additional documents or testimony provided by parties, negotiated in good faith, and based on the principles of best business judgment.

*(Applicable to private sales only.) The Trustee will entertain any higher bids of 25% or more for the purchase of the assets of the debtor(s) which the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price. Any higher bid must be received, with the applicable deposit) by the Trustee at the address listed below no later than the close of business 15 days from the date of this Notice. Should a timely counterbid be receive; the Trustee will schedule a telephonic meeting for the sole purpose to allow the bidding parties to compete for the highest bidder.  Only parties submitting a timely bid will be authorized to participate. Failure to submit a timely bid will be considered a waiver of participation in the bidding process.

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis of the objection. If no objection is filed, the sale described above will take place.

    Date: 5/11/20

                                                               /s/ Theresa M. Bender
                                                               THERESA M. BENDER
                                                               CHAPTER 7 TRUSTEE
                                                               P.O. Box 14557
                                                               Tallahassee, Florida 32317
                                                              PH: 850.205.7777
                                                              FL Bar No. 0749486
                                                              Tmbenderch7@gmail.com